IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                      PLAINTIFF

v.                          No. 4:11-cr-176-DPM

DARA L. BOOTH                                                 DEFENDANT

ORDER

The Court grants the Government's unopposed motion to modify the terms of Booth's probation conditions and to dismiss its revocation petition. *Document No. 24.* Booth's probation conditions are modified as follows:

- Instead of serving the rest of her community confinement, Booth must serve 142 days of home confinement with electronic monitoring to be paid for by the Government. During this period, Booth may continue with her current employment.

- Booth must participate in mental health counseling and treatment as ordered by the probation office at the Government's expense.

- At a minimum, Booth must make monthly restitution payments in the amount of 10% of her gross monthly income.

All of Booth's other probation conditions remain unchanged and in effect.

The Court dismisses the Government's revocation petition, *Document No. 17*, and cancels the 19 July 2012 revocation hearing.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

16 July 2012